In re Journal Register Company

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

**At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15ᵗʰ day of October, two thousand fifteen.**

**PRESENT:**
> **DENNIS JACOBS,**
> **RAYMOND J. LOHIER, JR.,**
> > **<u>Circuit Judges</u>,**
> **GEOFFREY W. CRAWFORD,***
> > **<u>District Judge</u>.**

_____

**IN THE MATTER OF: JOURNAL REGISTER COMPANY**

_____

**JOURNAL REGISTER COMPANY,**

> **<u>Debtor</u>.**

_____

**JAMES D. SCHNELLER,**

> **<u>Appellant</u>,**

> **v.**                                                     **14-2280**

**JOURNAL REGISTER COMPANY,**

> **<u>Appellee</u>,**

---

\* The Honorable Geoffrey W. Crawford, of the United States District Court for the District of Vermont, sitting by designation.

**PULP FINISH 1 COMPANY, FKA JOURNAL REGISTER COMPANY,**

**Consolidated-Appellee.**

_____

**FOR APPELLANT:**      JAMES D. SCHNELLER, pro se, Norristown, Pennsylvania.

**FOR APPELLEE:**      SHAUNNA DIONNE JONES, Willkie Farr & Gallagher LLP, New York, New York.

**FOR CONSOLIDATED-APPELLEE:**      MATTHEW B. LUNN, Michael R. Nestor, Kenneth J. Enos, Young Conaway Stargatt & Taylor, LLP, New York, New York.

Appeal from a judgment of the United States District Court for the Southern District of New York (Castel, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Appellant James D. Schneller, pro se, appeals from the judgment of the district court (Castel, J.), affirming four orders of two bankruptcy courts (Bernstein, B.J.; Gropper, B.J.). We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

"The rulings of a district court acting as an appellate court in a bankruptcy case are subject to plenary review." In re Stoltz, 315 F.3d 80, 87 (2d Cir. 2002). We "review the bankruptcy court decision independently, accepting its factual findings unless clearly erroneous but reviewing its conclusions of law de novo." In re Enron Corp., 419 F.3d 115, 124 (2d Cir. 2005). Several of the bankruptcy court orders Schneller challenges are reviewed for abuse of discretion. See In re Coudert Bros. LLP, 673 F.3d 180, 186 (2d Cir. 2012) (motion for reconsideration); In re Smith,

645 F.3d 186, 189 (2d Cir. 2011) (motion to reopen); E. Equip. & Servs. Corp. v. Factory Point Nat'l Bank, Bennington, 236 F.3d 117, 120 (2d Cir. 2001) (motion for sanctions).

An independent review of the record and relevant case law reveals that the district court properly affirmed the orders denying Schneller's motions to reopen, to reconsider, and for sanctions, and the order expunging Schneller's claim. We affirm for substantially the reasons stated by the district court in its thorough May 22, 2014, memorandum and order.

With respect to Schneller's challenge of the district court's order denying him leave to appeal in forma pauperis, we **DISMISS** his challenge as moot. We have considered all of Schneller's remaining arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the district court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

3